# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131454

JOHN M. HOBBY, JR.,
        Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
        Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131454
COA: 268354
Ingham CC: 05-000559-AA

        On order of the Court, the application for leave to appeal the March 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

t1023

_____
Clerk